UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

**Peter John Sutherland,**
**aka Peter J. Sutherland,**

                         Debtor.

Case No. 8-21-71678-ast

Chapter 13

**Hon. Alan S. Trust**

-------------------------------------------------------------------x

### ORDER GRANTING: (A) RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)(1) and (d)(2); AND (B) IN REM RELIEF PURSUANT TO 11 U.S.C. §362(d)(4)

On December 9, 2021, the Motion (the "Motion") of Selene Finance LP, as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christina Trust, not individually, but as Trustee for Pretium Mortgage Acquisition Trust ("Movant"), dated November 9, 2021 came before the Court, for relief from the automatic stay with respect to the collateral known as 3724 Stokes Avenue, Bethpage, NY 11714 (the "Collateral"). This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefor, it is hereby

**ORDERED,** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

**ORDERED,** that pursuant to 11 U.S.C. § 362(d)(4), and <u>provided</u> that this Order is recorded in conformity therewith, the automatic stay under 11 U.S.C. § 362(a) as to Movant's interest in the Collateral shall not be in effect and shall be deemed to have been terminated, and this Order shall be binding, in any other case filed under the Bankruptcy Code, regardless of the

federal district the subsequent case is filed in, purporting to affect the Collateral that is commenced not later than two years after the date of this Order, such that the automatic stay under 11 U.S.C. § 362(a), and if a chapter 13 case is filed, the co-debtor stay under 11 U.S.C. § 1301(a), that may otherwise be in place upon a further filing under the Bankruptcy Code, shall not apply to Creditor's interest in the Collateral; and it is further

**ORDERED,** that the Chapter 13 Trustee shall be served with a copy of the referee's report of sale within **thirty (30) days** of the report [*if applicable*], and shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

**ORDERED,** that all other relief sought in the Motion is denied.



Dated: January 3, 2022  
Central Islip, New York

_____  
Alan S. Trust  
Chief United States Bankruptcy Judge